| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    Acadia Scenic Inc

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    13-3188633

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **!50 Pacific Ave** <br> **Jersey City, NJ 07304** <br> Number, Street, City, State & ZIP Code | **PO Box 197** <br> **Jersey City, NJ 07303** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Hudson** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **Acadia Scenic Inc** _____    Case number (*if known*) _____
    Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ■ Chapter 7

   ☐ Chapter 9

   ☐ Chapter 11. *Check **all** that apply*:

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

Debtor **Acadia Scenic Inc**     Case number (*if known*)
     Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000            ☐ $1,000,001 - $10 million            ☐ $500,000,001 - $1 billion

Debtor **Acadia Scenic Inc**
Name                                                                            Case number (*if known*)

|  | $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|---|---|---|---|
| ☐ | $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ | $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Acadia Scenic Inc**        Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 17, 2023**
                    MM / DD / YYYY

X **/s/ David Lawson**                                                **David Lawson**
Signature of authorized representative of debtor                     Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Andre L. Kydala, Esq.**                                      Date **May 17, 2023**
Signature of attorney for debtor                                          MM / DD / YYYY

**Andre L. Kydala, Esq. ALK-2393**
Printed name

**Law Firm of Andre L. Kydala**
Firm name

**54 Old Highway 22**
**P.O. Box 5537**
**Clinton, NJ 08809**
Number, Street, City, State & ZIP Code

Contact phone  **908-735-2616**        Email address  **kydalalaw@aim.com**

**ALK-2393 NJ**
Bar number and State

```
AGL Welding
600 Rt 46
Clifton, NJ 07015


Ameriprize
702000 Ameriprize Financial
Minneapolis, MN 55474


Bank of America
PO Box 15726
Wilmington, DE 19886


can capital
414 West 14th Street
New York, NY 10014


Chase Bank Card Services
PO Box 15153
Wilmington, DE 19886


Courier Car Rental
1241 Rt 23
Wayne, NJ 07470


Direct Waste
PO Box 384
East Hanover, NJ 07936


Eden Wood Realty
101 Cross Roads Dr
Bedminster, NJ 07921


EZ PASS
PO Box 809
Trenton, NJ 08625


Fedex
PO Box 1140
Memphis, TN 38101


Fire Code Enforcement
PO Box 809
Trenton, NJ 08625
```

```
Grainger
PO Box 5275
Janesville, WI 53547


IRS
PO BOX 7346
Philadelphia, PA 19101


IRS
PO BOX 7346
Philadelphia, PA 19101


Manhattan Neon
Union City, NJ



McMasrter Carr
PO Box 4355
Chicago, IL 60680


Met Life
PO Box 371487
Pittsburgh, PA 15250


NJ CORP
PO Box 281
Trenton, NJ 08695


NJ DIV TAX
PO Box 281
Trenton, NJ 08645


NY STATE
PO BOX 1901
Albany, NY 12201


NY State
PO Box 1901
Albany, NY 12201


NY STATE DIV TAX
PO Box 1901
Albany, NY 12201
```

```
Owen and Kwiecinski
50 Division St
Somerville, NJ 08876


PSE&G
PO Box 790
Cranford, NJ 07016


Seaco
547 West 49th St
New York, NY 10019


Tsigonia Paints
464 Communipaw Ave
Jersey City, NJ 07304


Verizon Wireless
PO Box 16803
Newark, NJ 07101
```

# United States Bankruptcy Court
### District of New Jersey

In re **Acadia Scenic Inc**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Acadia Scenic Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 17, 2023**
Date

**/s/ Andre L. Kydala, Esq.**
**Andre L. Kydala, Esq. ALK-2393**
Signature of Attorney or Litigant
Counsel for **Acadia Scenic Inc**
**Law Firm of Andre L. Kydala**
**54 Old Highway 22**
**P.O. Box 5537**
**Clinton, NJ 08809**
**908-735-2616 Fax:908-735-2017**
**kydalalaw@aim.com**